UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) No. 3:08-CR-89 |
| V. | ) (VARLAN / GUYTON) |
| MICHAEL DEWAYNE CARTER, | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. On July 29, 2008, this criminal action came before the Court for an Initial Appearance and Arraignment. At the Initial Appearance and Arraignment, the government made an oral motion to correct a typographical error in the Indictment [Doc. 1]. Assistant United States Attorney J. Edgar Schmutzer advised the Court the citation given in Count Six, 18 U.S.C. § 4028(A)(a)(4), is incorrect, and should read 18 U.S.C. § 1028A(a)(1).

Finding the government's motion well-taken, the Court hereby amends the Indictment in this matter [Doc. 1], filed on June 17, 2008, whereby 18 U.S.C. § 4028(A)(a)(4) is DELETED from Count Six and 18 U.S.C. § 1028A(a)(1) is SUBSTITUTED in lieu thereof.

**IT IS SO ORDERED.**

ENTER:

/s/ J. Bruce Guyton